Submitted on record and briefs June 22, conviction affirmed; remanded for resentencing September 27, 1995

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD EUGENE BISWELL,
*Appellant.*

(94-2250-A-C-2; CA A85322)

903 P2d 416

Sally L. Avera, Public Defender, and Louis R. Miles, Deputy Public Defender, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janie M. Burcart, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant pled guilty to criminal conspiracy to escape. The court imposed a 24-month prison term and a 36-month post-prison supervision term. On appeal, defendant contends that, under OAR 253-05-002(2)(b), the post-prison supervision term should have been 24 months.

The state concedes that the court erred and that, although defendant did not raise the issue in the trial court, we should review it because it is an error apparent on the face of the record. ORAP 5.45(2). We accept the concession.

Conviction affirmed; remanded for resentencing.